In the United States District Court
For the District of Rhode Island
(Form mailed ____________, 20___)

*Vasili Rogatch*

Enter above the full name of the plaintiff
In this action

v.

Civil Action No. CA06-541ML

*Michael Chertoff*
*Emilio T. Gonzalez*
*Paul Novak*
*Robert S. Mueller, III*
*Alberto Gonzales*

Enter above the full name of the defendant
or defendants in this action

## I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes ☐ No ☒

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

   Plaintiffs: ______________________

   Defendants: ______________________

2. Court (if federal court, name the district; if state court, name the county)

   ______________________

Docket number: ____________________

3. Name of judge to whom case was assigned: ____________________

4. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)

____________________

____________________

5. Approximate date of filing law suit: ____________________

6. Approximate date of disposition: ____________________

II. **Place of Present Confinement:** _____N/A_______________

A. Did you present the facts relating to your complaint to the Warden or any of the prison officials? Yes ☐ No ☒

B. If your answer is YES:

1. What steps did you take? ____________________
2. What was the result? ____________________

C. If your answer is NO, explain why not:

**III. Parties**

(In item A below, place your name in the first blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff: **VASILI ROGATCH**

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, position and places of employment of any additional defendants)

B. Defendant: **Michael Chertoff** is employed as **the Secretary** at **the US Department of Homeland Security**

C. Additional Defendants:

**Emilio T. Gonzalez** is employed as the **Director** at **U.S. Citizen and Immigration Services;**

**Paul Novak** is employed as the **Director** of the **USCIS Vermont Service Center;**

**Robert S. Mueller, III** is employed as **the Director of Federal Bureau of Investigation;**

**Alberto Gonzales** is employed as **the Attorney General** at **the US Department of Justice**

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give **any** legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary.)

_____Please see attached Exhibit A_____________________________________________

## V. Relief

State briefly exactly what you want the court to do for you. (Make no legal arguments. Cite no cases or statutes.)

Plaintiff respectfully prays that the Honorable Court grant the following relief:

i. Assume jurisdiction over this cause;

ii. Declare that the Defendants' failure to act is illegal, arbitrary, capricious and abuse of discretion;

iii. Compel Defendants and those acting under them to perform their duty to act upon the Plaintiff's application for permanent residency (USCIS receipt # EAC-04-125-50719). Specifically, FBI – to issue name check clearance and USCIS – to adjudicate plaintiff's application with or without name check clearance from FBI;

iv. Order Defendants employed at USCIS to provide the Plaintiff with a written notice of the decision regarding his application for permanent residency;

v. Grant attorneys fees (if any) and costs of court;

vi. Grant such other and further relief as this Court deems just and appropriate.

**VI. Note:**

Should you fail to execute and return this form within ten days **from** the date of mailing as recorded on page 1, this Court will conclude you have abandoned your claim and will dismiss your petition.

Signed this 13 day of December ,20 06 -.

Vasili Rogatchev

Signature of plaintiff

PRO SE

**40 Harvest street,**

**Cranston, RI 02920, USA**

**Phone: 401-946-9173**

**Cell: 401-419-0208**

**e-mail: vrogatch@yahoo.com**

Complete address of plaintiff

## VII. EXHIBITS

EXHIBIT A Statement of Claim

EXHIBIT B I-485 Receipts from USCIS

EXHIBIT C I-140 Approval Notice from USCIS

EXHIBIT D Current USCIS Processing times at Vermont Service Center

EXHIBIT E USCIS response to plaintiff's inquiry about the processing delay

EXHIBIT F FBI response to plaintiff's FOIPA inquiry

EXHIBIT G Congressional testimony of Robert J. Garrity, Jr., Deputy Assistant Director, FBI, Records Management Division from February 25, 2004

EXHIBIT H The US Postal Service certified mail receipt of plaintiff's inquiry sent to FBI

EXHIBIT I The US Postal Service delivery confirmation receipt of plaintiff's inquiry sent to congressional office of US Representative James R. Langevin

EXHIBIT J FBI National Name Check Program - FAQ