# Exhibit C

## I-140 Approval Notice from USCIS

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

# I-797, Notice of Action

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE |
|---|---|---|
| EAC-04-102-53388 | | I140 IMMIGRANT PETITION FOR ALIEN WORKER |
| **RECEIPT DATE** | **PRIORITY DATE** | **PETITIONER** |
| February 25, 2004 | May 3, 2002 | PINKERTON COMPUTER CONSULTANTS INC |
| **NOTICE DATE** | **PAGE** | **BENEFICIARY** |
| September 24, 2004 | 1 of 1 | A98 276 675 ROGATCH, VASILI |

PHILIP J. KLEINER ESQ
BARST & MUKAMAL LLP
2 PARK AVENUE 19TH FLOOR
NEW YORK NY 10016

Notice Type: Approval Notice
Section: Skilled Worker or Professional, Sec.203(b)(3)(A)(i) or (ii)



~~The above petition has been approved. The person this petition is for will be notified separately when a decision is~~ reached on his or her pending adjustment of status application.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (800) 375-5283