# Exhibit D

## Current USCIS Processing times at Vermont Service Center

**U. S. Citizenship and Immigration Services**

Print This Page | Back

# U.S. Citizenship and Immigration Services
# Vermont Service Center Processing Dates
# Posted December 05, 2006

The U.S. Citizenship and Immigration Services processes cases in the order in which they are received. Due to the high workload, most of the time your case is pending we will be processing cases that were filed earlier than yours. This chart tells you which cases the Service Center is processing and the date the cases were received by the Service Center.

**How do I use this chart?**

Locate the type of application or petition you filed under the heading "Form" or "Form Name". Follow the form/form name across to the heading "Processing Cases with Receipt Date of". The date shown in this column represents the filing date of the application or petition that is currently being processed at this Service Center.

**When Can I Call The National Customer Service Center?**

If you filed your case 30 days or more before the date shown under the heading "Processing Cases with Receipt Date of" and you have not received a request for evidence, a decision, or another notice in the last thirty days, please call our National Customer Service Center at 1-800-375-5283.

If you received a request for evidence and you responded more than 60 days ago and have not received a decision, please call our National Customer Service Center at 1-800-375-5283.

If you have filed any of the following forms and the indicated times have passed, please call our National Customer Service Center at 1-800-375-5283.

Form EOIR-29: If you filed more than 60 days ago and you need to confirm that your case was sent to the Board of Immigration Appeals.

Form I-290A, Motion to Reopen or Reconsider: If you filed more than 6 months ago and you have not received a reply.

Form I-290B, Notice of Appeal to the Administrative Appeals Unit:

> Initial receipt and preliminary processing: If you filed more than 60 days ago (from the date of receipt by the Service Center), and you need to confirm that your case was sent to the Administrative Appeals Office.
>
> Remands and sustained decisions: If it has been more than 60 days since the date the Administrative Appeals Office notified you in writing that it remanded (sent your case back) to the Service Center or sustained the decision (decided in your favor), and you have not received a response from the Service Center.

Waiver of the 2-Year Foreign Residence Requirement (For waiver applications that DO NOT require Form I-612). This includes waivers based on No Objection Statements, Interested Government Agency requests, and State Health Department requests. If the Department of State's Waiver Review Division sent the favorable waiver recommendation to

the Service Center more than 60 days ago, and you have not received a response from the Service Center.

Service Center Processing Dates for **Vermont** Posted December 05, 2006

| Form | Title | Classification or Basis for Filing | Now Processing Cases with Receipt Notice Date of |
|---|---|---|---|
| **I-90** | Application to Replace Permanent Resident Card | Initial issuance or replacement | May 29, 2006 |
| **I-102** | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | March 13, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | September 19, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | September 19, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | September 19, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | November 16, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | November 01, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | August 27, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | L - Intracompany transfers | November 01, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | Blanket L | September 19, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | O - Extraordinary ability | September 19, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | September 19, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | September 19, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | R - Religious occupation | September 19, 2006 |
| **I-129** | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | June 18, 2006 |
| **I-129F** | Petition for Alien Fiance(e) | K-1/K-2 - Not yet married - fiance and/or dependent child | June 01, 2006 |
| **I-130** | Petition for Alien Relative | U.S. citizen filing for a spouse, parent, or child under 21 | March 12, 2006 |
| **I-130** | Petition for Alien Relative | U.S. citizen filing for an unmarried son or daughter over 21 | February 26, 2006 |
| **I-130** | Petition for Alien Relative | U.S. citizen filing for a married son or daughter over 21 | March 12, 2006 |
| **I-130** | Petition for Alien Relative | U.S. citizen filing for a brother or sister | October 07, 2000 |
| **I-130** | Petition for Alien Relative | Permanent resident filling for a spouse or child under 21 | October 22, 2005 |
| **I-130** | Petition for Alien Relative | Permanent resident filling for an unmarried son or daughter over 21 | March 12, 2006 |
| **I-131** | Application for Travel Document | All other applicants for advance parole | August 31, 2006 |
| **I-140** | Immigrant Petition for Alien Worker | Extraordinary ability | April 01, 2006 |
| **I-140** | Immigrant Petition for Alien Worker | Outstanding professor or researcher | April 01, 2006 |
| **I-140** | Immigrant Petition for Alien Worker | Multinational executive or manager | April 01, 2006 |
| **I-140** | Immigrant Petition for Alien Worker | Schedule A Nurses | April 01, 2006 |
| **I-140** | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability | April 01, 2006 |
| **I-140** | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability requesting a National Interest Waiver | April 01, 2006 |
| **I-140** | Immigrant Petition for Alien Worker | Skilled worker or professional | April 01, 2006 |
| | | | |

| | | | |
|---|---|---|---|
| **I-140** | Immigrant Petition for Alien Worker | Unskilled worker | April 01, 2006 |
| **I-212** | Application for Permission to Reapply for Admission into the U.S. After Deportation or Removal | Readmission after deportation or removal | September 05, 2005 |
| **I-360** | Petition for Amerasian, Widow(er), or Special Immigrant | Violence Against Women Act (VAWA) | March 29, 2006 |
| **I-360** | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | February 06, 2006 |
| **I-485** | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | December 31, 2005 |
| **I-539** | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | July 23, 2006 |
| **I-539** | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | July 23, 2006 |
| **I-539** | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | July 23, 2006 |
| **I-539** | Application to Extend/Change Nonimmigrant Status | All other change of status applications | July 23, 2006 |
| **I-539** | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | July 23, 2006 |
| **I-539** | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | July 23, 2006 |
| **I-539** | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | July 23, 2006 |
| **I-539** | Application to Extend/Change Nonimmigrant Status | All other extension applications | July 23, 2006 |
| **I-612** | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | April 30, 2006 |
| **I-751** | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | June 01, 2006 |
| **I-765** | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | September 14, 2006 |
| **I-765** | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | November 02, 2006 |
| **I-765** | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | September 14, 2006 |
| **I-765** | Application for Employment Authorization | Based on TPS for Honduras/Nicaragua [(c)(19), (a)(12)] | September 14, 2006 |
| **I-765** | Application for Employment Authorization | Based on TPS for El Salvador [(c)(19)(a)(12)] | September 14, 2006 |
| **I-765** | Application for Employment Authorization | All other applications for employment authorization | September 14, 2006 |
| **I-817** | Application for Family Unity Benefits | Voluntary departure under the family unity program | April 11, 2005 |
| **I-821** | Application for Temporary Protected Status | El Salvador initial or late filing | June 01, 2006 |
| **I-821** | Application for Temporary Protected Status | El Salvador extension | June 01, 2006 |
| **I-821** | Application for Temporary Protected Status | Honduras and Nicaragua initial or late filing | June 01, 2006 |
| **I-821** | Application for Temporary Protected Status | Honduras and Nicaragua extension | June 01, 2006 |
| **I-824** | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | June 01, 2006 |
| **N-600** | Application for Certification of Citizenship | Application for recognition of U.S. citizenship | June 01, 2006 |
| **N-643** | Application for Certification of Citizenship on Behalf of an Adopted Child | Application for recognition of U.S. citizenship on behalf of an adopted child | June 01, 2006 |

Print This Page | Back

12-12-2006 12:53 PM EST