# Exhibit H

## The US Postal Service certified mail receipt of plaintiff's inquiry sent to FBI

7005 1160 0000 8505 0558

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

WASHINGTON, DC 20535

| | | |
|---|---|---|
| Postage | $ 0.37 | UNIT ID: 0111 |
| Certified Fee | 2.30 | |
| Return Receipt Fee (Endorsement Required) | 1.75 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KQPHC0 |
| Total Postage & Fees | $ 4.42 | 12/13/05 |

CRANSTON BR. STA. PROVIDENCE, R.I. DEC 13 2005 USPS

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, June 2002