In the United States District Court
For the District of Rhode Island

# Proof of Service

Civil Action No: CA06-54IML

Plaintiff:
Vasili Rogatch
40 Harvest st.,
Cranston, RI 02920
tel: 401-946-9173

Defendants:
*Michael Chertoff*
*Emilio T. Gonzalez*
*Paul Novak*
*Robert S. Mueller, III*
Alberto Gonzales

I am filing US certified mail return receipts as a proof that a copy of the complaint was served to the defendants and to the US Attorney Office for the District of Rhode Island.

1/17/2007
Date

Signature

Vasili Rogatch, acting Pro Se

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Alberto Gonzales
US Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number 7006 0100 0003 0752 2573
(Transfer from service label)

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Attn: Civil Process Clerk Civil Divis
ROBERT CLARK CORRENTE
US ATTORNEY OFFICE, DISTRICT OF RI
50 KENNEDY PLAZA, 8th FLOOR
PROVIDENCE, RI 02903

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X N. DiQuinzio ☒ Agent ☐ Addressee
B. Received by (Printed Name) N. DiQUINZIO C. Date of Delivery 12/26/06
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number 7006 0100 0003 0752 2603
(Transfer from service label)

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540

Proof of Service

Page 1 of 2

Case No: CA06-54IML

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Robert S. Mueller, III
FBI
J. Edgar Hoover Building
935 Pennsylvania Ave, NW
Washington, DC 20535-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) DWS/CAT
C. Date of Delivery 1/3/07
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7006 0100 0003 0752 2627

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Michael Chertoff
Office of the General Counsel
US Department of Homeland Security
Washington, DC 20528

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X Megan [signature] ☐ Agent ☐ Addressee
B. Received by (Printed Name) JAN - 9 2007
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7006 0100 0003 0752 2610

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540

2 of 2

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:
Paul Novak
US CIS
Vermont Service Center
75 Lower Weldon St.,
Saint Albans, VT 05479

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RECEIVED DEC 22 ... CENTER DIRECTOR ... INS ... ST. ALBANS, VT

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

Article Number (Transfer from service label) 7006 0100 0003 0752 2597

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Emilio T. Gonzalez
US CIS
Office of the General Counsel
US DHS
Washington, DC 20528

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) DHS
C. Date of Delivery 1-11-07
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7006 0100 0003 0751 9306

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540