In the United States District Court
For the District of Rhode Island

***VASILI ROGATCH***
Plaintiff

v.

Civil Action No. **CA06-541ML**

***MICHAEL CHERTOFF***
***EMILIO T. GONZALEZ***
***PAUL NOVAK***
***ROBERT S. MUELLER, III***
***ALBERTO GONZALES***
Defendants

**FIRST AMENDED COMPLAINT**

## I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes ☐ No ☒

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

   Plaintiffs: ______________________________

   ______________________________

   Defendants: ______________________________

   ______________________________

2. Court (if federal court, name the district; if state court, name the county)

   ______________________________

Docket number: ______________________________

3. Name of judge to whom case was assigned: ____________________

4. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)

______________________________________________________

______________________________________________________

5. Approximate date of filing law suit: ____________________

6. Approximate date of disposition: ____________________

**II. Jurisdiction and Venue**

A. Jurisdiction

This Court has subject matter jurisdiction over this petition under 28 U.S.C. § 1331 (Federal question statute) since this is a civil action arising under the Constitution and the laws of the United states, including the Fifth Amendment to the U.S. Constitution, provisions of Title 8 U.S.C. § 1101 et seq. (Immigration and Nationality Act, INA) and applicable regulations, policies and procedures arising thereunder. This Court may grant relief in this action under 28 U.S.C. § 1361 (Mandamus Act); 28 U.S.C. § 1651 (All Writs Act); 28 U.S.C. § 2201 (Declaratory Judgment Act); and under 5 U.S.C. §§ 551, et seq., 701 et seq. (Administrative Procedures Act).

There are no administrative remedies available to Plaintiff to redress the grievances described herein. This action challenges only the Defendants' timeliness in adjudication of his adjustment of status (AOS) petition submitted to USCIS, not the granting or denial of petition, therefore the jurisdictional limitations of 8 U.S.C. § 1252 do not apply.

B. Venue

Pursuant to 28 U.S.C. § 1391(e) venue is proper in this judicial district, because Defendants operate within this district and plaintiff resides in this district."

**III. Parties**

(In item A below, place your name in the first blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff: **VASILI ROGATCH**

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, position and places of employment of any additional defendants)

B. Defendant: **Michael Chertoff** is employed as the **Secretary** at **the US Department of Homeland Security**

C. Additional Defendants:

**Emilio T. Gonzalez** is employed as the **Director** at **U.S. Citizen and Immigration Services;**

**Paul Novak** is employed as the **Director** of the **USCIS Vermont Service**

**Center;**

**Robert S. Mueller, III** is employed as **the Director of Federal Bureau of Investigation;**

**Alberto Gonzales** is employed as **the Attorney General** at **the US Department of Justice**

**IV. Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give **any** legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary.)

**Please see attached Exhibit A**

## V. Relief

State briefly exactly what you want the court to do for you. (Make no legal arguments. Cite no cases or statutes.)

Plaintiff respectfully prays that the Honorable Court grant the following relief:

i. Assume jurisdiction over this cause;

ii. Declare that the Defendants' failure to act is illegal, arbitrary, capricious and abuse of discretion;

iii. Compel Defendants and those acting under them to perform their duty to act upon the Plaintiff's application for permanent residency (USCIS receipt # EAC-04-125-50719). Specifically, FBI – to issue name check clearance and USCIS – to adjudicate plaintiff's application with or without name check clearance from FBI;

iv. Order Defendants employed at USCIS to provide the Plaintiff with a written notice of the decision regarding his application for permanent residency;

v. Grant attorneys fees (if any) and costs of court;

vi. Grant such other and further relief as this Court deems just and appropriate.

**VI. Note:**

Should you fail to execute and return this form within ten days **from** the date of mailing as recorded on page 1, this Court will conclude you have abandoned your claim and will dismiss your petition.

Signed this ______________________________ day of ______________________________ ,20____.

Vasili Rogatch

PRO SE

**40 Harvest Street,**

**Cranston, RI 02920, USA**

**Phone: 401-946-9173**

**Cell: 401-419-0208**

**e-mail:**

**vrogatch@yahoo.com**

Complete address of plaintiff

## VII. EXHIBITS

EXHIBIT A Statement of Claim

EXHIBIT B I-485 Receipts from USCIS

EXHIBIT C I-140 Approval Notice from USCIS

EXHIBIT D Current USCIS Processing times at Vermont Service Center

EXHIBIT E USCIS response to plaintiff's inquiry about the processing delay

EXHIBIT F FBI response to plaintiff's FOIPA inquiry

EXHIBIT G Congressional testimony of Robert J. Garrity, Jr., Deputy Assistant Director, FBI, Records Management Division from February 25, 2004

EXHIBIT H The US Postal Service certified mail receipt of plaintiff's inquiry sent to FBI

EXHIBIT I The US Postal Service delivery confirmation receipt of plaintiff's inquiry sent to congressional office of US Representative James R. Langevin

EXHIBIT J FBI National Name Check Program - FAQ

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2007, I filed the within First Amended Complaint and its Exhibits with the Clerk of the United States District of Rhode Island and a copy has been forwarded by certified mail, postage prepaid, to the Defendants' Counsel at:

United State Attorney

District of Rhode Island

Robert Clark Corrente,

50 Kennedy Plaza, 8th Floor,

Providence, RI 02903

Vasili Rogatch

Vasili Rogatch, PRO SE

40 Harvest Street,

Cranston, RI 02920, USA

Phone: 401-946-9173

Cell: 401-419-0208

e-mail: vrogatch@yahoo.com