# Exhibit B

## I-485 Receipts from USCIS

U.S. Department of Justice
Immigration and Naturalization Service

# Notice of Action

THE UNITED STATES OF AMERICA

| | | |
|---|---|---|
| RECEIPT NUMBER<br>EAC-04-125-50719 | | CASE TYPE I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
| RECEIVED DATE<br>March 16, 2004 | PRIORITY DATE | APPLICANT A96 276 675<br>ROGATCH, VASILI |
| NOTICE DATE<br>March 23, 2004 | PAGE<br>1 of 1 | |

PHILIP J. KLEINER SQ
BAKST & MUKAMAL LLP
2 PARK AVENUE 19TH FLOOR
NEW YORK NY 10016

Notice Type: Receipt Notice

Amount received: $ 305.00
Section: Adjustment as direct beneficiary of immigrant petition

The above application or petition has been received. It [illegible] takes 365 to 540 days from the date of this receipt for us to process this type of case. Please notify us [illegible] if any of the above information is incorrect.

We will send you a written notice as soon as we make [illegible] on this case. You can also use the phone number (800) 375 5283 to obtain case status information direct from [illegible] system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this [illegible]).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National [illegible] Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call our TDD at 1-800-767-1833.

You can also visit the INS on the internet at www.bcis[illegible] our web site you can get up-to-date case status information on your case and find valuable information [illegible] immigration services and benefits.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (800) 375-5283

U.S. Department of Justice
Immigration and Naturalization Service

# Notice of Action

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE |
|---|---|---|
| EAC-04-135-50793 | | I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
| RECEIVED DATE | PRIORITY DATE | APPLICANT |
| March 16, 2004 | | A98 276 674 ROGATZE, NATALIYA |
| NOTICE DATE | PAGE | |
| March 23, 2004 | 1 of 1 | |

PHILIP J. KLEINER ESQ
BARST & MUKAMAL LLP
2 PARK AVENUE 19TH FLOOR
NEW YORK NY 10016

Notice Type: Receipt Notice

Amount received: $ 305.00

Section: Derivative adjustment

The above application or petition has been received. It usually takes 365 to 540 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number (800) 375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call our TDD at 1-800-767-1833.

You can also visit the INS on the internet at www.bcis.gov. On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (800) 375-5283

Form I-797C (Rev. 09/07/93) N