# Exhibit C

## I-140 Approval Notice from USCIS

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| | |
|---|---|
| RECEIPT NUMBER<br>EAC-04-102-53388 | CASE TYPE I140<br>IMMIGRANT PETITION FOR ALIEN WORKER |
| RECEIPT DATE<br>February 25, 2004 · PRIORITY DATE<br>May 3, 2002 | PETITIONER<br>PINKERTON COMPUTER CONSULTANTS INC |
| NOTICE DATE<br>September 24, 2004 · PAGE<br>1 of 1 | BENEFICIARY A98 276 676<br>ROGATCH, VASILI |

PHILIP J. KLEINER ESQ
BARST & MUKAMAL LLP
2 PARK AVENUE 19TH FLOOR
NEW YORK NY 10016

Notice Type: Approval Notice
Section: Skilled Worker or
Professional,
Sec.203(b)(3)(A)(i) or (ii)

The above petition has been approved. The person this [illegible] for will be notified separately when a decision is reached on his or her pending adjustment of status applica[illegible]

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE [illegible]

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (800) 375-5283