# Exhibit E

## USCIS response to plaintiff's inquiry about the processing delay

**U.S. Department of Homeland Security**
Vermont Service Center
75 Lower Welden Street
St. Albans, VT
05479-0001

**U.S. Citizenship and Immigration Services**

Tuesday, September 13, 2005

PHILIP KLEINER
BARST & MUKAMAL
2 PARK AVE
19TH FL
NEW YORK NY 10016

**ATTORNEY/PARALEGAL COPY**

VASILI ROGATCH
40 HARVEST ST
CRANSTON RI 02920

Dear VASILI ROGATCH:

On 08/02/2005 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The petitioner |
| **Attorney Name:** | PHILIP KLEINER |
| **Case type:** | I485 |
| **Filing date:** | 03/16/2004 |
| **Receipt #:** | EAC-04-125-50719 |
| **Beneficiary (if you filed for someone else):** | ROGATCH, VASILI |
| **Your USCIS Account Number (A-number):** | A98276675 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. We are currently awaiting the results of required security checks on this case. These background checks are required of all who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the security checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.