# Exhibit F

## FBI response to plaintiff's FOIPA inquiry

U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

*November 17, 2005*

MR VASILI ROGATCH
40 HARVEST STREET
CRANSTON, RI 02920

Request No.: 1033098- 000
Subject: ROGATCH, VASILI

Dear Mr. Rogatch:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

A search of the automated indices to our central records system files at FBI Headquarters located no records responsive to your FOIPA request.

Although no records responsive to your FOIPA request were located, we are required to inform you that you are entitled to file an administrative appeal if you so desire. Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U. S. Department of Justice, Suite 570, Flag Building, Washington, D. C. 20530, within 60 days from the date of this letter. The envelope and the letter should be clearly marked "Information Appeal." Please cite the FOIPA request number assigned to your request so that it may easily be identified.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
Dissemination Section
Records Management Division