# Exhibit I

## The US Postal Service delivery confirmation receipt of plaintiff's inquiry sent to congressional office of US Representative James R. Langevin

**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

James Langevin

(Please Print Clearly)

DELIVERY CONFIRMATION NUMBER: 0306 1070 0002 7179 9495

Postmark Here

SEP 26

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access Internet web site at
www.usps.com®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)

- [X] Priority Mail™ Service
- [ ] First-Class Mail® parcel
- [ ] Package Services parcel

(See Reverse)

PS Form 152, May 2002