# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**VASILI ROGATCH,**
**Plaintiff,**

**v.** **C.A. No. 06-541ML**

**MICHAEL CHERTOFF, EMILIO T. GONZALEZ, PAUL NOVAK, ROBERT S. MUELLER, III; ALBERTO GONZALEZ,**
**Defendants.**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Judgment shall enter for defendants MICHAEL CHERTOFF, EMILIO T. GONZALEZ, PAUL NOVAK, ROBERT S. MUELLER, III; and ALBERTO GONZALEZ, against plaintiff VASILI ROGATCH, pursuant to this Court's Memorandum and Order dated April 17, 2007, GRANTING the defendants' Motion to Dismiss the Complaint for lack of jurisdiction.**

Enter:

Deputy Clerk

DATED: **April 18, 2007**