**Exhibit B. USCIS Transfer Notices**

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE |
|---|---|---|
| EAC-04-125-50719 | | I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
| RECEIPT DATE<br>March 23, 2004 | PRIORITY DATE | APPLICANT A098 276 675<br>ROGATCH, VASILI |
| NOTICE DATE<br>March 2, 2007 | PAGE<br>1 of 1 | |

VASILI ROGATCH
40 HARVEST STREET
CRANSTON RI 02920

**Notice Type:** Transfer Notice

This is to advise you that in order to speed up processing [illegible] transferred the above case to the following USCIS office for processing:

Texas Service Center, P. O. Box 851488 - Dept. A , [illegible] TX 75185-1488

That office will notify you of the decision made on [illegible] or petition.

Please read the following information before attempting to [illegible] the National Customer Service Center for an update:

Please refer to the USCIS processing dates webpage, via [illegible] home webpage **http://www.uscis.gov/graphics/index.htm**, to locate the processing dates for the specific service [illegible] your case was transferred to. If the service center is within processing time for your particular applicat[illegible]on, USCIS cannot provide an update on your case. If the service center is outside of processing time for yo[illegible] application or petition, please call Customer Service at 1-800-375-5283 to request an update.

Please read the following information if you submitted a [illegible]essing application or petition:

Please contact the Premium Processing phone number at 1-8[illegible] inquiries. The 15-day Premium Processing clock does not start until the correct office receives the applic[illegible]tion.

**Please see the additional information on the back. You will be notified separately about any other cases you filed.**

IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
**Customer Service Telephone:** (800) 375-5283

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| | | |
|---|---|---|
| RECEIPT NUMBER<br>EAC-04-125-50719 | | CASE TYPE I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
| RECEIPT DATE<br>March 23, 2004 | PRIORITY DATE | APPLICANT A098 276 675<br>ROGATCH, VASILI |
| NOTICE DATE<br>April 13, 2007 | PAGE<br>1 of 1 | |

VASILI ROGATCH
40 HARVEST STREET
CRANSTON RI 02920

**Notice Type: Transfer Notice**

This is to advise you that in order to speed up processing we have transferred the above case to the following USCIS office for processing:

Vermont Service Center, 75 Lower Weldon Street, Saint Albans VT 05479-0001

That office will notify you of the decision made on the application or petition.

Please read the following information before attempting to contact the National Customer Service Center for an update:

Please refer to the USCIS processing dates webpage, via the USCIS home webpage **http://www.uscis.gov/graphics/index.htm**, to locate the processing dates for the specific service center that your case was transferred to. If the service center is within processing time for your particular application or petition, USCIS cannot provide an update on your case. If the service center is outside of processing time for your particular application or petition, please call Customer Service at 1-800-375-5283 to request an update.

Please read the following information if you submitted a Premium processing application or petition:

Please contact the Premium Processing phone number at 1-866-[illegible] for inquiries. The 15-day Premium Processing clock does not start until the correct office receives the application or petition.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 851488 - DEPT A
MESQUITE TX 75185-1488
**Customer Service Telephone: (800) 375-5283**