**Exhibit C. USCIS response to case status inquiry**

U.S. Departme[illegible] Security
75 Lower Weld[illegible]
St. Albans, VT 054[illegible]

U.S. Citizenship
and Immigration
Services

January 30, 2007

VASILI ROGATCH
40 HARVEST STREET
CRANSTON RI 02920

| | |
|---|---|
| A Number | A098276675 |
| File Receipt Number | EAC0412550719 |
| Beneficiary: | |
| Applicant/Petitioner Name | ROGATCH, VASILI |

Dear Sir/Madam:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required security checks remain pending.

Until the security checks have been completed, we cannot move forward on your case. These security checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the security checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

1-800- 375- 5283

If you would like more information about Immigration Security Checks, please visit our website at **www.uscis.gov/pressroom** for the April 2006 fact sheet.

FINAL NOTE. Title 8, Code of Federal Regulations, Section 265.1 states in pertinent part, "Except for those exempted by section 263(b) of the Act, all aliens in the United States required to register under section 262 of the Act shall report each change of address and new address within 10 days on Form AR-11."

Sincerely,

Sandra T. Bushey
Acting Center Director