## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2007, I filed the within Memorandum in Support of Motion to Reopen/Reconsider with the Clerk of the United States District of Rhode Island and a copy has been forwarded by certified mail, postage prepaid, to the Defendants' Counsel at:

United States Attorney

District of Rhode Island

Robert Clark Corrente,

50 Kennedy Plaza, 8th Floor,

Providence, RI 02903

Vasili Rogatch, PRO SE

40 Harvest Street,

Cranston, RI 02920, USA

Phone: 401-946-9173

Cell: 401-419-0208

e-mail: vrogatch@yahoo.com