No Response

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

***VASILI ROGATCH,***
*Plaintiff*

v. Civil Action No. **CA06-54IML**

***MICHAEL CHERTOFF, ET AL,***
*Defendants*

**PLAINTIFFS' MOTION TO REOPEN/RECONSIDER**

COMES NOW Plaintiff Vasili Rogatch, *pro se* and respectfully asks this Honorable Court to reconsider its decision to dismiss the complaint and deny Defendants' motion to dismiss or, as an alternative, dismiss Plaintiff's complaint with leave to amend. The primary reason for this motion is uncovering of the new facts related to the matters presented by Plaintiff in the original complaint. Those facts and other grounds for this motion are presented in the supporting memorandum.

Respectfully Submitted,

[signature]

Vasili Rogatch, *pro se*

40 Harvest Street,

Cranston, RI 02920, USA

Phone: 401-946-9173

Cell: 401-419-0208

e-mail: vrogatch@yahoo.com

**DENIED**

[signature]

**Mary M. Lisi**
**U.S.D.J.** 5/16/07