# Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court

United States District Court for the District of Rhode Island
File Number: CA06-541ML

VASILI ROGATCH, Plaintiff )
v. ) Notice of Appeal
MICHAEL CHERTOFF, ET AL., Defendants )

Notice is hereby given that VASILI ROGATCH, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from the order granting Defendants' Motion to Dismiss entered in this action on the 17th day of April, 2007.

Dated: May 16, 2007
(s) ____________

Vasili Rogatch, *Pro Se*
40 Harvest st.,
Cranston, RI 02920
401-946-9173

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2007, I filed the within Notice of Appeal with the Clerk of the United States District of Rhode Island and a copy has been forwarded by first class mail, postage prepaid, to the Defendants' Counsel at:

United States Attorney Office, District of Rhode Island

Robert Clark Corrente,

50 Kennedy Plaza, 8th Floor,

Providence, RI 02903

Vasili Rogatch, PRO SE

40 Harvest Street,

Cranston, RI 02920, USA

Phone: 401-946-9173

Cell: 401-419-0208

e-mail: vrogatch@yahoo.com