06-00541 USDC RI CISI

# United States Court of Appeals
## For the First Circuit

No. 07-1791

VASILI ROGATCH

Plaintiff - Appellant

v.

MICHAEL CHERTOFF, Secretary, U.S. Department of Homeland Security; EMILIO T. GONZALEZ, Director, U.S. Citizen and Immigration Services; PAUL NOVAK, Director, USCIS Vermont Service Center; ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation; ALBERTO GONZALES, Attorney General, U.S. Department of Justice

Defendants - Appellees

**JUDGMENT**

Entered: December 11, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties' joint motion, it is hereby ordered that this appeal be dismissed as moot, with each party to bear its own costs.

Mandate to issue forthwith.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 12/11/07

By the Court:
Richard Cushing Donovan, Clerk

By ______________________
Chief Deputy Clerk

[cc: Mr. Vasili Rogatch, Adi Goldstein, AUSA, Emily Creighton, Esq., Mary A. Kenney, Esq.]